# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA RAMIREZ,<br><br>  Plaintiff,<br><br>  V.<br><br>CAROLYN W. COLVIN, acting as Commissioner of Social Security,<br><br>  Defendant. | ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES<br><br>(Doc. 2)<br><br><br>CASE NUMBER: 1:17-CV-126-GSA |

Having considered the application to proceed without prepayment of fees under 28 USC § 1915;

IT IS ORDERED that the application is:

[X] GRANTED

[X] IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

ENTERED: January 30, 2017

                                    /s/ Gary S. Austin
                            United States Magistrate Judge Gary S. Austin