Lawrence D. Rohlfing
Attorney at Law: 119433
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
VANNESA RAMIREZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANNESA RAMIREZ, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security. <br><br> Defendant. | Case No.: 1:17-cv-00126-GSA <br><br> STIPULATION AND ORDER TO EXTEND TIME TO FILE SETTLEMENT PROPOSAL |

Plaintiff Vannesa Ramirez and Defendant Nancy Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from July 13, 2017 to August 4, 2017 for Plaintiff to file a settlement proposal, with all other dates in the Court's Order extended accordingly. This is Plaintiff's first

///

-1-

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented and to reassign the matter.

DATE: August 1, 2017          Respectfully submitted,

LAWRENCE D. ROHLFING

BY: _/s/ *Lawrence D. Rohlfing*_____
Lawrence D. Rohlfing
Attorney for plaintiff Vannesa Ramirez

DATE:  August 1, 2017

PHILLIP A.TALBET
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

BY: _/s/ *Gina Tomaselli*_____
Gina Tomaselli
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

///
///
///
///
///
///
///
///

# ORDER

The parties' stipulation (Doc. 13) is adopted *nunc pro tunc*. Plaintiff shall serve her confidential letter brief on Defendant no later than **August 4, 2017**. All other dates in this Court's Scheduling order issued on January 30, 2017(Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated: **August 6, 2017**                **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE