PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBM 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov
    Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - FRESNO**

| | |
|---|---|
| VANESSA RAMIREZ, <br>         Plaintiff, <br> v. <br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br>         Defendant. | Case No. 1:17-cv-00126-GSA <br><br> **UNOPPOSED MOTION FOR FIRST EXTENSION OF TIME** |

IT IS HEREBY STIPULATED, by and between Vanessa Ramirez (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of forty-five (45) days to file her Opposition to Plaintiff's Opening Brief. The current due date is November 9, 2017. The new date will be December 26, 2017. An extension of time is needed because the attorney responsible for briefing is still working through a backlog of cases due to having been out on medical leave and many of her

cases due in November and December have already been extended. The office is extremely busy at this time, particularly with the approaching holidays, such that her cases cannot be transferred. This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly, such that Plaintiff's reply brief shall be due January 10, 2018.

Respectfully submitted,

Date: November 6, 2017        LAWRENCE D. ROHLFING

By: */s/ Lawrence D. Rohlfing* *
Law Offices of Lawrence D. Rohlfing
Attorney for Plaintiff
(*As authorized by e-mail on November 6, 2017)


Date: November 6, 2017        PHILLIP A. TALBERT
United States Attorney

 */s/ Gina Tomaselli*
GINA TOMASELLI
Special Assistant United States Attorney

Attorneys for Defendant

///
///
///
///
///
///
///

- 2 -

## **ORDER**

Pursuant to the parties' stipulation (Doc. 18), Defendant shall file her Opposition to Plaintiff's Opening Brief on or before **December 26, 2017**. Plaintiff shall file any optional Reply within fifteen (15) days of the filing of the Opposition.

IT IS SO ORDERED.

    Dated: **November 8, 2017**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE