PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBM 267090
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone: (415) 268-5602
        Facsimile: (415) 744-0134
        E-Mail: Gina.Tomaselli@ssa.gov
        Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| VANESSA RAMIREZ,<br><br>                    Plaintiff,<br><br>        v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social<br>Security,<br><br>                    Defendant. | Case No. 1:17-cv-00126-GSA<br><br>**UNOPPOSED MOTION AND ORDER FOR SECOND EXTENSION OF TIME** |

IT IS HEREBY STIPULATED, by and between Vanessa Ramirez (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty-day (30) days to file her Opposition to Plaintiff's Opening Brief. The current due date is December 26, 2017. The new date will be January 25, 2018. An extension of time is needed because the attorney responsible for briefing this case has had to take some unexpected medical leave due to her ongoing health issue. With the

approaching holidays, her case cannot be transferred. This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly, such that Plaintiff's reply brief shall be due February 9, 2018.

Respectfully submitted,

Date: December 21, 2017

LAWRENCE D. ROHLFING

By: */s/ Lawrence D. Rohlfing* *
Law Offices of Lawrence D. Rohlfing
Attorney for Plaintiff
(*As authorized by e-mail on December 21, 2017)


Date: December 21, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Gina Tomaselli*
GINA TOMASELLI
Special Assistant United States Attorney

Attorneys for Defendant

///
///
///
///
///
///
///
///
///
///

## **ORDER**

Pursuant to stipulation the parties' stipulation (Doc. 20), Defendant shall file her Opposition to Plaintiff's Opening Brief **on or before January 25, 2018**. Any Reply shall be filed within fifteen (15) days of the filing of the Opposition.

Dated : December 22, 2017                    **Gary S. Austin**

United States Magistrate Judge