PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBN 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| VANESTA RAMIREZ,<br>    Plaintiff,<br>v.<br>NANCY BERRYHILL,<br>Acting Commissioner of Social Security,<br>    Defendant. | Case No. 1:17-cv-00126-GSA<br><br>**JOINT STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G)** |

Plaintiff Vanessa Ramirez and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security (the Commissioner), stipulate, with the approval of this Court, to remand the above-captioned case to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings.

On remand, the administrative law judge (ALJ) will implement the remand instructions articulated in this Court's March 6, 2015, order and determine whether Plaintiff could perform any jobs that existed in significant numbers in the national economy with a limitation to occasional reaching in all directions (Exhibit 12A, Certified Administrative Record 668-685).

                                                      Respectfully submitted,

Dated: January 24, 2018         By:     */s/ Lawrence Rohlfing* *
                                                   Law Offices of Lawrence D. Rohlfing
                                                   Attorney for Plaintiff

                                                   (*by email authorization on 1/24/18)

                                                 PHILLIP A. TALBERT
                                                 United States Attorney
                                                 DEBORAH LEE STACHEL
                                                 Regional Chief Counsel, Region IX
                                                 Social Security Administration

Dated: January 24, 2018         By:     /s/ *Gina Tomaselli*
                                                   GINA TOMASELLI
                                                 Special Assistant U.S. Attorney

                                                 Attorneys for Defendant

///

///

///

///

///

**ORDER**

This case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) consistent with the terms of the parties' stipulation outlined above. (Doc. 22). The Clerk of this Court is DIRECTED to enter judgment in favor of Plaintiff, Vanessa Ramirez, and against Nancy A. Berryhill, Commissioner of Social Security, and to close this action.

IT IS SO ORDERED.

Dated: **January 25, 2018**     /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order for Vol. Remand; No. 17-cv-00126