# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANNESA RAMIREZ,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant | Case No.: 1:17-cv-00126-GSA<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' stipulation for the award and payment of Equal Access to Justice Act (Doc. 25), Plaintiff shall be paid fees and expenses in the amount of $4,694.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920. Payment shall be made pursuant to *Astrue v. Ratliff*, 130 S. Ct 2521, 2529 (2010) and in accordance with the terms outlined in the parties' stipulation.

IT IS SO ORDERED.

Dated: **March 27, 2018**              **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE